No. 82–1795.   CAPITAL CITIES CABLE, INC., ET AL. *v.* CRISP, DIRECTOR, OKLAHOMA ALCOHOLIC BEVERAGE CONTROL BOARD. C. A. 10th Cir.   [Certiorari granted, 464 U. S. 813.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.   Motion of the Solicitor General to permit Michael W. McConnell, Esquire, to present oral argument *pro hac vice* on behalf of the Federal Communications Commission as *amicus curiae* granted.

No. 83–218.   REED ET AL. *v.* ROSS.   C. A. 4th Cir.   [Certiorari granted, 464 U. S. 1007.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 83–271.   NATIONAL COLLEGIATE ATHLETIC ASSN. *v.* BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA ET AL. C. A. 10th Cir.   [Certiorari granted, 464 U. S. 913.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 83–226.   ARIZONA *v.* RUMSEY.   Sup. Ct. Ariz.   [Certiorari granted, 464 U. S. 1038.]   Motion for appointment of counsel granted, and it is ordered that James R. Rummage, Esquire, of Phoenix, Ariz., be appointed to serve as counsel for respondent in this case.

No. 83–904.   OHIO *v.* JOHNSON.   Sup. Ct. Ohio.   [Certiorari granted, *ante*, p. 1004.]   Motion for appointment of counsel granted, and it is ordered that Albert L. Purola, Esquire, of Willoughby, Ohio, be appointed to serve as counsel for respondent in this case.

No. 83–461.   CLUB MEDITERRANEE, S. A. *v.* DORIN ET AL. Appeal from App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 83–558.   IRVING INDEPENDENT SCHOOL DISTRICT *v.* TATRO ET UX., INDIVIDUALLY, AND AS NEXT FRIENDS OF TATRO, A MINOR.   C. A. 5th Cir.   [Certiorari granted, 464 U. S. 1007.] Motion of American Association of School Administrators for leave to participate in oral argument as *amicus curiae*, for divided argument, and for additional time for oral argument denied.